IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN WOOLF | ) | CASE NO. 1:22cv00562 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| REVOLUTION TRUCKING, LLC, et al | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT AMENDED MOTION FOR APPROVAL OF FLSA SETTLEMENT WITH BRIEF IN SUPPORT.

NOW COME Plaintiff Allen Woolf, by and through his counsel, Chris P. Wido of The Spitz Law Firm, LLC, and Defendants, Revolution Trucking, LLC, James Adams, and Brian Watson ("Defendants"), by and through their counsel, Greg Melick and Alex Karcher of the law firm of Roetzel & Andress, and respectfully submit this Joint Motion for Approval of FLSA Settlements. The foregoing amended Motion corrects mathematical errors contained in the parties prior Joint Motion (Doc. 31). This Joint Motion is more fully supported by the attached Brief in Support.

Respectfully Submitted,

| | |
|---|---|
| /s/ *Chris P. Wido* | /s/ *Gregory H. Melick* |
| Chris P. Wido (0090441) | Gregory H. Melick, Trial Attorney |
| Spitz, The Employee's Law Firm | (0065694) |
| 25825 Science Park Drive, Suite 200 | gmelick@ralaw.com |
| Beachwood, Ohio 44122 | Alexander C. Karcher (0098192) |
| Phone:  (216) 291-4744 | akarcher@ralaw.com |
| Fax:  (216) 291-5744 | ROETZEL & ANDRESS, LPA |
| Email:  chris.wido@spitzlawfirm.com | 41 South High Street |
| *Attorney for Plaintiff* | Huntington Center, 21st Floor |
| | Columbus, OH 43215 |
| | Telephone: 614.463.9770 |
| | Fax: 614.468.9792 |
| | *Attorney for Defendants* |

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: August 10, 2023